# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NRO BOSTON, LLC and ALICE INDELICATO,<br><br>    Plaintiffs,<br><br>v.<br><br>KABBAGE, INC. and CELTIC BANK CORPORATION<br><br>    Defendants.<br>--------------------------------------------<br>CELTIC BANK CORPORATION,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>NRO BOSTON, LLC and ALICE INDELICATO<br><br>    Counterclaim-Defendants. | Civil Action No. 1:17-cv-11976-GAO |

## CELTIC BANK'S MOTION TO CONFIRM ARBITRATION AWARD

Under 9 U.S.C. § 9 and the written arbitration agreements between Celtic Bank Corporation ("Celtic Bank") and NRO Boston, LLC and Alice Indelicato (collectively, "NRO"), Celtic Bank respectfully requests that this Court enter an order confirming an arbitration award entered in its favor on July 24, 2019. The Arbitrator was Hon. Charles B. Swartwood, III (Ret.), and the Arbitrator's Final Award directed NRO to pay Celtic Bank $3,299,621.97. In support of this Motion, Celtic Bank relies upon the accompanying Memorandum in Support, the Declaration of Eric Petersen, and exhibits attached thereto. As this Court has previously

- 1 -

observed, "[t]he confirmation of an arbitration award is generally a summary proceeding that makes what is already a final arbitration award a judgment of the Court." *Bennington Iron Works, Inc. v. J.P. Const. Co.*, 1996 WL 208494, at *1 (D. Mass. Mar. 6, 1996) (O'Toole, J.).

| | |
|---|---|
| Dated: September 9, 2019 | /s/   Michael Maya<br>MICHAEL MAYA (BBO# 672847)<br>ANDREW SOUKUP (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, D.C.<br>Tel.: + 1 (202) 662-6000<br>Fax: + 1 (202) 662-6291<br>Email: mmaya@cov.com<br>            asoukup@cov.com<br><br>ASHLEY SIMONSEN (*pro hac vice*<br>admission pending)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Tel.: +1 (424) 332-4800<br>Fax: +1 (424) 332-4749<br>Email: asimonsen@cov.com<br><br>*Attorneys for Celtic Bank Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/   Michael Maya
Michael Maya

## LOCAL RULE 7.1 CERTIFICATION

       I hereby certify that counsel for Defendants-Counterclaim Plaintiffs Celtic Bank have met and conferred with counsel for Plaintiffs-Counterclaim Defendants NRO Boston, LLC ("NRO Boston") and Alice Indelicato to attempt in good faith to resolve or narrow the issues presented in this motion. Defendants-Counterclaim Plaintiffs construe Plaintiffs-Counterclaim Defendants' filing of a petition to vacate the arbitration award as an opposition to this motion.

                                          /s/ Andrew Soukup
                                          Andrew Soukup