**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NRO BOSTON, LLC and ALICE INDELICATO,<br><br>        Plaintiffs,<br><br>v.<br><br>KABBAGE, INC. and CELTIC BANK CORPORATION<br><br>        Defendants. | Civil Action No.: 1:17-CV-11976 |

**NOTICE OF OPPOSITION TO DEFENDANT'S MOTION TO CONFIRM AND FOR <u>PREJUDGMENT ATTACHMENT</u>**

Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Confirm and For Prejudgment Attachment, with Supporting Affidavit and Exhibits, are subject to a Motion to Seal filed herewith. Those Exhibits not subject to the Motion to Seal are attached hereto.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

Dated: September 23, 2019

*/s/ Shane R. Heskin*
_____
**WHITE AND WILLIAMS LLP**
Shane R. Heskin (BBO No. 665098)
Justin E. Proper (BBO No. 645753)
101 Arch Street, Suite 1930
Boston, MA 02110
(617) 748-5200 or (215) 864-6329
heskins@whiteandwilliams.com
properj@whiteandwilliams.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically and by certified US mail to counsel for Defendant, Kabbage, Inc. and counsel for Defendant, Celtic Bank Corporation on this 23rd day of September, 2019.

                /s/ Shane R. Heskin
                *Shane R. Heskin*