UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NRO BOSTON, LLC and ALICE INDELICATO,<br><br>       Plaintiffs,<br><br>v.<br><br>KABBAGE, INC. and CELTIC BANK CORPORATION<br><br>       Defendants. | Civil Action No.: 1:17-CV-11976 |

**PLAINTIFFS' CONSENTED TO MOTION TO ENLARGE PAGE LIMIT OF**
**SUPPORTING MEMORANDUM OF LAW**

  The Plaintiffs, NRO Boston, LLC and Alice Indelicato, respectfully request the Court, pursuant to Massachusetts Federal Local Rule 7.1(b)(4), to enlarge the page limit of their consolidated memoranda of law in opposition to Defendants' Motion to Confirm and for Prejudgment Attachment from twenty pages (20) to twenty-nine (29) pages. In support of their Motion, the Plaintiffs state as follows:

1. The underlying arbitration in this matter involved a six day hearing and voluminous exhibits.

2. In addition to the voluminous factual record, the Plaintiffs' memoranda of law will address numerous legal issues including requests for vacatur due to (1) a manifest disregard of the law; (2) exceedance of the arbitrator's authority; and (3) evident partiality.

-2-

3. Plaintiffs' motion is a consolidated motion responding to Defendants' Motion to Enforce the Arbitration Award (Doc. 35) and Motion for attachment and prejudgment Interest (Doc. 38).

4. Defendants have consented to this Motion.

5. Due to the length of the underlying arbitration, the number of significant legal issues, and the size of the award, the Plaintiffs are in need of more space than the allotted twenty (20) pages for memoranda provided for by Local Rule 7.1(b)(4).

6. In order to brief the Court adequately, Plaintiffs request that the page limit for their memorandum be enlarged to twenty-nine (29) pages.

WHEREFORE, the Plaintiffs respectfully request the Court to enlarge the number of pages for their supporting memorandum of law as set forth above.

Dated:  September 23, 2019

                                         **WHITE AND WILLIAMS LLP**

                                         /s/ Shane R. Heskin
                                         **WHITE AND WILLIAMS LLP**
                                         Shane R. Heskin (BBO No. 665098)
                                         Justin E. Proper (BBO No. 645753)
                                         101 Arch Street, Suite 1930
                                         Boston, MA 02110
                                         (617) 748-5200 or (215) 864-6329
                                         heskins@whiteandwilliams.com
                                         properj@whiteandwilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically and by certified US mail to counsel for Defendant, Kabbage, Inc. and counsel for Defendant, Celtic Bank Corporation on this 23rd day of September, 2019.

/s/ Shane R. Heskin   _
*Shane R. Heskin*