# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

NRO BOSTON, LLC and ALICE INDELICATO

               Petitioners,

v.

KABBAGE, INC and CELTIC BANK CORPORATION

               Respondents.

Civil Action No.

## AFFIDAVIT OF JAMES WILLIAMS IN SUPPORT OF PETITIONERS' MOTION TO VACATE THE ARBITRATION AWARD

I, James Williams, declare under penalty of perjury that the foregoing is true and correct:

1. I make this Affidavit in support of Petitioners' Motion To Vacate The Arbitration Award.

2. I worked for North River Outfitters ("NRO") from 2013 through 2016, and was employed as the operations manager.

3. Since 2013, I have personally loaned NRO over $600,000.

4. I am longtime close family friend of the JAMS Arbitrator, Honorable Charles B. Swartwood, III.

5. I have known Arbitrator Swartwood since I was a young child for a total of at least 58 years.

6. Arbitrator Swartwood lived in the abutting home next to my aunt, Ginny Bush's__ home for the past 35 years. Both homes are located on Main Street in Cotuit, Mass.

7. I have been to Arbitrator Swartwood's home at least ___40___ times over the past ____40___ years.



8. I would often sit on Arbitrator Swartwood's porch and talk with him before and after races. I would estimate that this occurred at many times over the years but mostly during the 80's and 90's.

9. I attended at least one Christmas party at Arbitrator Swartwood's home about _8_ years ago.

10. Arbitrator Swartwood attended my wedding in 2009 year.

11. Arbitrator Swartwood and I are members of the same Yacht Club, Cotuit Mosquito Yacht Club, and have been a member of the same club for about 55 years.

12. Over the years, Arbitrator Swartwood has been very generous with his time and has provided me with legal guidance on numerous matters.

13. I generally see Arbitrator Swartwood numerous times per year.

14. I have know Arbitrator Swartwood since my earliest memories as a small child.

15. My friendship and relationship with Arbitrator Swartwood transcends how often I see him, how long we have been members of the same yacht club or how close and how long he has lived next to my aunt. We live in a very small village where close ties and close bonds seem to automatically form over decades. Many of us in the community know each other very well through the many common threads that develop as we age. From time to time, those common threads, bring us together but the bonds can't just be measured in the frequency of the recent visits. My best friend lives in California and we seldom speak and I only see him a couple of time a year. Regardless, we are still the best of friends.

JAMES WILLIAMS

Sept. 8, 2019

-2-

